UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------X

CONSTANTINE SARNICOLA

    Plaintiff,

 -against-

JO ANN B. BARNHART,
Commissioner of Social Security

    Defendant.

-----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 12 2005 ★

BROOKLYN OFFICE

JUDGMENT

Civil Action No.
CV-04-3941 (DGT)

Defendant moved and plaintiff cross-moved for judgment on the pleadings. After hearing and upon due consideration, for the reasons set forth on the record, it is hereby

ORDERED that the decision of the Administrative Law Judge is affirmed. The Clerk of the Court is directed to enter judgment in favor of the defendant and close the case.

Dated: Brooklyn, New York
      December 7, 2005

SO ORDERED:

s/David G. Trager
_____
David G. Trager
United States District Judge